AO 91 (Rev. 11/11) Criminal Complaint

~~FILED~~

# UNITED STATES DISTRICT COURT

SEP – 2 2014

for the
Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Dan Lee | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A 14-M-393

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Jan 2014 – Present   in the county of Travis and Elsewhere            in the
Western            District of Texas         , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 841 (a)(1), 846 | Unlawfully, knowingly and willingly combined, conspired, confederated and agreed with one or more persons, known and unknown to possess with the intent to distribute a controlled substance, to wit in excess of 1,000 dosage units of steroids in tablet/liquid form. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Temple H. Lee, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     9/2/2014

_____
*Judge's signature*

City and state: Austin, Texas

Andrew W. Austin, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

In February 2014, the DEA Austin TDS Squad, the Cedar Park Police Dept. and the Texas Dept. of Public Safety initiated an investigation into two steroid trafficking organizations operating out of Leander and Austin, Texas. Agents identified Timothy John BRUNER and Ryan Robert ROWLAND as the heads of these two organizations distributing significant amounts of illegal steroids. Information obtained from several sources indicated that BRUNER and ROWLAND were distributing illegal steroids to numerous steroid users and re-distributors in Austin, Texas and several locations throughout the United States. Between February 2014 and July 2014, Agents conducted numerous controlled purchases of steroids from BRUNER. Between June 2014 and July 2014, Agents conducted several controlled purchases of steroids from ROWLAND.

On April 22, 2014, U.S. District Judge Lee Yeakel of the Western District of Texas signed an order authorizing the interception of wire and electronic communication of Timothy John BRUNER's cellular telephone. Between April 22, 2014 and May 21, 2014, Agents intercepted numerous conversations and text messages between BRUNER and his steroid buyers and re-distributors.

From May 05, 2014 through May 08, 2014, Agents intercepted several telephone conversations between BRUNER and Dan LEE where BRUNER and LEE discussed BRUNER delivering steroids to LEE at LEE's residence. LEE and BRUNER also discussed shipping steroids to LEE's unknown buyer. On May 8, 2014, Agents followed BRUNER to LEE's residence where Agents observed BRUNER hand LEE a bag that Agents believe were the steroids LEE ordered and purchased from BRUNER.

Between April 25, 2014 and May 9, 2014, Agents intercepted numerous text messages between BRUNER and Timothy John MOORE. The text messages between BRUNER and MOORE were concerning the purchase and delivery of steroids to MOORE. The text messages also indicated that MOORE was re-distributing the steroids to his buyer located in Dallas, Texas. On May 10, 2014, surveillance Agents followed BRUNER and observed him meet with MOORE outside the Gold's gym in Austin, Texas. Agents believe that during this meeting that BRUNER sold approximately 13 vials/bottles of steroids to MOORE.

Between May 11, 2014 and May 12, 2014, Agents intercepted numerous text messages between BRUNER and Don Glen ZACHARY. The text messages between BRUNER and ZACHARY were concerning the purchase and delivery of steroids to ZACHARY. On May 12, 2014, surveillance Agents followed BRUNER to ZACHARY's residence where Agents believe BRUNER delivered approximately 11 vial/bottles of steroids to ZACHARY.

1

On August 29, 2014, your Affiant received information from a reliable Confidential Source (CS-1) that most steroid users purchase between one and two 10cc vials/bottles at a time. According to the CS-1, one 10cc vial/bottle of steroids usually lasts between five to ten weeks depending on if the person takes/injects 1 or 2 cc's per week. The CS-1 also claimed that subjects who purchase eight or more are most likely re-distributing the steroids at a higher price to make money. CS-1 reported that on several occasions, he/she was present when ZACHARY purchased steroids from BRUNER.

On May 22, 2014, U.S. District Judge Lee Yeakel signed an order authorizing an extension on the interception of wire and electronic communications of BRUNER's cellular telephone. Between May 22, 2014 and June 4, 2014, Agents intercepted numerous text messages and conversations between BRUNER and his steroid buyers and re-distributors.

On July 9, 2014, U.S. District Judge Lee Yeakel signed an order authorizing the interception of wire and electronic communications of ROWLAND's cellular telephone. Between July 9, 2014 and August 7, 2014, Agents intercepted numerous text messages and conversations between ROWLAND and his steroid buyers and re-distributors. Agents also intercepted numerous text messages and telephone conversations between ROWLAND and his steroid source of supply identified as Ronald Marion BUTSCH.

On July 9, 2014, Agents intercepted several texts messages between ROWLAND and Preston Tolliver DAMRON concerning the purchase and delivery of steroids. The text messages between ROWLAND and DAMRON indicated that DAMRON was purchasing a large amount of steroids for re-distribution. On July 9, 2014, surveillance Agents observed DAMRON arrive in the parking lot at ROWLAND's apartment complex. Agents then observed ROWLAND exit his apartment and make contact with DAMRON. Your Affiant believes that ROWLAND delivered approximately 50 Dianabol tablets, 1 vial/bottle of Deca Durabolin, 7 vials of Testosterone and 2 vials/bottles of Equipoise to DAMRON. On July 10, 2014, Agents intercepted several text messages and telephone conversations between ROWLAND and DAMON concerning the purchase and delivery of steroids. Information obtained from the intercepted texts messages and telephone conversations indicate that ROWLAND delivered 2 vials/bottles of testosterone and 2 vials/bottles of Trenbolone to DAMRON at the Chick-fil-A parking lot in Austin, Texas.

Between July 28-30, 2014, Agents intercepted several text messages between ROWLAND and DAMRON concerning the purchase and delivery of a large amount of steroids. On July 30, 2014, surveillance Agents followed ROWLAND to the Main Event parking lot and observed him meet with DAMRON where your Affiant believes ROWLAND delivered 8 vials/bottles of Testosterone and 3 vials/bottles of Trenbolone DAMRON.

Between July 14-17, 2014, Agents intercepted several text messages and a telephone conversation between ROWLAND and Ronald Marion BUTSCH concerning the purchase of a large amount of steroids. The intercepted text messages indicated that ROWLAND would meet BUTSCH at the Barton Creek Mall to take delivery of a large amount of steroids. On July 17, 2014, surveillance Agents followed ROWLAND from his apartment to the parking lot of the Barton Creek Mall, Austin, Texas where he met with BUTSCH.

2

Your Affiant believes that BUTSCH delivered 2 HGH kits (Human Growth Hormone), 400 Anavar tablets, and 100 Dianabol tablets to ROWLAND. On July 30, 2014, Agents intercepted text messages and telephone conversations between ROWLAND and BUTSCH concerning the purchase and delivery of a large amount of steroids. On July 30, 2014, surveillance Agents followed BUTSCH from his residence to the Main Event parking lot where he met with ROWLAND. Agents observed ROWLAND remove a re-usable shopping bag from BUTSCH's vehicle believed to be the steroids previously ordered by ROWLAND. Your Affiant believes BUTSCH sold ROWLAND 40 vials/bottles of Testosterone, 10 vials/bottles of Trenbolone Acetate, 2 HGH Kits (Human Growth Hormone), 100 Anavar tablets, 100 Winstrol tablets, and labels for various steroid vials/bottles.

On August 29, 2014, your Affiant received information from a reliable Confidential Source (CS-2) that most steroid users purchase between one and two 10cc vials/bottles of steroids at a time. According to CS-2, one 10cc vial/bottles of steroids will last between six and eight weeks depending on how many cc's they inject weekly. According to CS-2, buyers who purchase more than 6-8 10cc vial/bottles of steroids are usually re-distributing at a higher price to make money.

The DEA South Central Regional Laboratory in Dallas, Texas has already analyzed Exhibits 3, 4 and 5 within this investigation and they have confirmed the substances are positive for Testerone Cypionate.