AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Dan Lee
*Defendant*

Case No. A-14-M-393

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unneccessary delay

*(name of person to be arrested)* Dan Lee,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully, knowingly and willingly combined, conspired, confederated and agreed with one or more persons, known and unknown to possess with the intent to distribute a controlled substance, to wit in excess of 1,000 dosage units of steroids in tablet form (Anavar and Winstrol) and in excess of 200 hundred 10cc vials of steroids in liquid form (Testosterone, Deca Durabolin and Trenbolone).

Date: 09-02-2014

*Issuing officer's signature*

City and state: Austin, Texas

Andrew W. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______

at *(city and state)* Austin, Texas .

Date: ______

*Arresting officer's signature*

Temple H. Lee, DEA Special Agent
*Printed name and title*