FILED

2014 SEP -2 PM 3:29

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY AP
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CASE No. A-14-M-** 388 |
| **TIMOTHY JOHN BRUNER,** | ) | A-14-m-392 |
| **RONALD MARION BUTSCH,** | ) | A-14-m-390 |
| **RYAN ROBERT ROWLAND,** | ) | A-14-m-393 |
| **DAN LEE,** | ) | A-14-m-389 |
| **TIMOTHY JOHN MOORE,** | ) | A-14-m-391 |
| **DON GLEN ZACHARY,** | ) | |
| **PRESTON TOLLIVER DAMRON,** | ) | |
| **Defendants.** | ) | |

**MOTION TO SEAL THE COMPLAINT,**
**AFFIDAVIT AND ARREST WARRANT**

The United States of America, by and through the United States Attorney for the Western District of Texas, respectfully requests the Court to seal the Complaint, Affidavit and Arrest Warrant in the above-styled and numbered cause. As reason for such request, the United States Attorney would show the Court that information contained in said documents could jeopardize a pending criminal investigation.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: Mark H. Marshall

MARK H. MARSHALL
Assistant U.S. Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Office (512) 916-5858
Fax (512) 916-5854